UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRT GUYER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>Defendants. | C.A. No. 1:18-cv-09228<br><br>Hon. Edgardo Ramos<br><br><u>CLASS ACTION</u> |

### LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that that Court-appointed Lead Plaintiff Peter Oh, Kevin Joo Hoon Koo, Sam Koo, Dae C. Paek, and Monica Paek (collectively, the "Southern California Plaintiffs Group" or "Lead Plaintiff") on behalf of themselves and all other members of the proposed settlement class, through court-approved Lead Counsel, Levi & Korsinsky, LLP, hereby moves this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e): (i) preliminarily approving the proposed settlement of this securities fraud class action (the "Settlement"); (ii) preliminarily certifying the settlement class for purposes of the Settlement; (iii) approving the form and manner of providing notice of the proposed Settlement to the settlement class; (iv) scheduling a date for the final settlement hearing; (v) appointing the Claims Administrator recommended by Lead Counsel to administer the Settlement; (vi) establishing procedures and a deadline for objecting to the terms of the Settlement, the proposed Plan of Allocation for the proceeds of the Settlement, and/or the requested attorneys' fees and expenses; (vii) establishing procedures and a deadline for seeking exclusion from the settlement class; (viii) establishing procedures and a deadline for submitting claim forms for payments from the

Settlement; and (ix) granting such other and further relief as the Court may deem fair and proper. Defendants do not oppose the relief requested in this motion.

This motion is based on the: accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement; the Declaration of Donald J. Enright, dated October 11, 2019, with annexed exhibits each filed herewith. A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: October 11, 2019

**LEVI & KORSINSKY, LLP**

 */s/ Shannon L. Hopkins*
Shannon L. Hopkins, Esq.
Sebastian Tornatore, Esq.
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171

**LEVI & KORSINSKY, LLP**
Donald J. Enright*
Elizabeth K. Tripodi*
John A. Carriel*
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
*Pro hac vice to be submitted*

*Attorneys for Lead Plaintiff and the Class*