UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRT GUYER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD, <br><br> Defendants. | C.A. No. 1:18-cv-09228 <br><br> Hon. Edgardo Ramos <br><br> <u>CLASS ACTION</u> |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE, that Court-appointed Lead Plaintiffs Peter Oh, Kevin Joo Hoon Koo, Sam Koo, Dae C. Paek, and Monica Paek (collectively, Plaintiffs, or "Lead Plaintiffs," or "Southern California Plaintiffs Group"), on behalf of themselves and all other members of the proposed Settlement Class, through their counsel, will move this Court on May 27, 2020 at 11:00 a.m., before the Honorable Edgardo Ramos, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an entry of a Final Order and Judgment approval the proposed Settlement as fair, reasonable, and adequate, and for entry of an Order approving the proposed Plan of Allocation for the proceeds of the Settlement as fair, reasonable, and adequate.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Lead Plaintiffs submit and are filing herewith (i) the Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, dated April 22, 2020; and (ii) the Declaration of Donald J. Enright in Support of (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated April 22, 2020, with annexed exhibits.

A Proposed Order for Final Judgment was submitted with Lead Plaintiffs' motion for preliminary approval of settlement, filed October 11, 2019. [ECF No. 53-6].

DATED: April 22, 2020

**LEVI & KORSINSKY, LLP**

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins, Esq.
Sebastiano Tornatore, Esq.
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523

Fax: (212) 363-7171

*-and-*

Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Lead Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

                                                  /s/Shannon L. Hopkins
                                                  Shannon L. Hopkins